BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
E-mail: Brian.Takahashi@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019

BOWMAN AND BROOKE LLP
Sean A. Ramia (SBN: 172989)
E-mail: Sean.Ramia@bowmanandbrooke.com
Parris Schmidt (SBN: 183999)
E-mail: Parris.Schmidt@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, California 95110-1364
Tel No: 408/ 279-5393
Fax No: 408/ 279-5845

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ROMANISHIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:19-cv-00571-JAM-AC**<br><br>District Judge:   John A. Mendez<br>Magistrate Judge:  Allison Claire<br><br>**ORDER RE JOINT STIPULATION TO EXTEND EXPERT REPORT DEADLINE AND DISCOVERY CUT-OFF**<br><br>Pretrial Conference: December 4, 2020<br>Trial: January 25, 2021 |

Upon consideration of the Joint Stipulation to Continue Expert Disclosure deadline and Discovery-Cut-Off Dates Due to COVID-19 and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the dates are continued as follows:

/ /

/ /

22893069                                                                1                                                    CASE NO.: 2:19-cv-00571-JAM-AC
**[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND EXPERT REPORT DEADLINE AND DISCOVERY CUT-OFF**

**Expert Witness Designation/Disclosures Exchange:**

    Current:         September 1, 2020

    Proposed new:   November 1, 2020

**Discovery Cut-Off:**

    Current:         September 1, 2020

    Proposed new:   November 1, 2020

All other deadlines will remain.

IT IS SO ORDERED.

DATED: July 28, 2020        /s/ John A. Mendez
                                  Honorable John A. Mendez
                                  United States District Court Judge